Robert V. Prongay, Esq. (SBN 270796)
Kevin F. Ruf, Esq. (SBN 136901)
Leanne H. Solish, Esq. (SBN 280297)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com

Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Lead Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALEXANDRU LEFTER, Individually and on behalf of all others similarly situated,<br><br>       Plaintiffs,<br><br>       v.<br><br>YIRENDAI LTD., YIHAN FANG, YU CONG and NING TANG,<br><br>       Defendants. | Case No: 2:16-CV-06437-MWF-AGR<br><br>**JOINT STIPULATION REGARDING DISMISSAL OF ACTION** |

JOINT STIPULATION

WHEREAS, on June 20, 2017, the Court issued an Order Granting Defendants' Motion to Dismiss Amended Class Action Complaint for Violations of the Federal Securities Laws, Dkt. 46 ("Order");

WHEREAS, within the Order, the Court provided Lead Plaintiffs Peggy Dern and Shun Wah So ("Plaintiffs") up to and until July 10, 2017 to file a Second Amended Complaint;

WHEREAS, based upon the information presently available to Plaintiffs through their investigation, Plaintiffs have elected not to file a second amended complaint and not to pursue an appeal related to the Court's Order;

WHEREAS, Plaintiffs and Defendants Yirendai Ltd., Yihan Fang, Yu Cong and Ning Tang ("Defendants") (collectively the "Parties") agree that no award of attorneys' fees or costs shall be made to either of the Parties, and that no costs, sanctions, claims, or attorneys' fees arising in or from this action will be pursued by either of the Parties; and

WHEREAS, the Parties represent that, at all times relevant to this action, they and their counsel complied with Rule 11 of the Federal Rules of Civil Procedure and all other rules and laws in connection with this action.

NOW THEREFORE, THE PARTIES HAVE STIPULATED THAT, subject to these terms, and the approval of the Court:

1. Plaintiffs' action, which was not certified as a class action, shall be dismissed with prejudice;

2. The Parties shall bear their own fees and costs; and

1          3.    No costs, sanctions, claims, or attorneys' fees arising in or from this action will be pursued by either of the Parties.

Dated: July 10, 2017        Respectfully submitted,

**GLANCY PRONGAY & MURRAY LLP**

By: *s/ Robert V. Prongay*
Robert V. Prongay
Kevin F. Ruf
Leanne H. Solish
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq.
355 S. Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Lead Plaintiffs*

*All other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

Dated: July 10, 2017                Respectfully submitted,

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**


By: *s/ Peter B. Morrison*
Peter B. Morrison
Virginia F. Milstead
Catherine H. Thompson
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile: (213) 687-5600
peter.morrison@skadden.com
virginia.milstead@skadden.com
catherine.thompson@skadden.com

*Attorneys for Defendants Yirendai Ltd., Yihan Fung, Yu Cong, and Ning Tang*

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On July 10, 2017, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Central District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 10, 2017, at Los Angeles, California.

*s/ Robert V. Prongay*
Robert V. Prongay

# Mailing Information for a Case 2:16-cv-06437-MWF-AGR Alexandru Lefter v. Yirendai Ltd. et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Lionel Zevi Glancy**
  lglancy@glancylaw.com

- **Charles Henry Linehan**
  clinehan@glancylaw.com

- **Virginia F Milstead**
  virginia.milstead@skadden.com,peter.morrison@skadden.com,nandi.berglund@skadden.com,dlmlclac@skadden.com

- **Peter Bradley Morrison**
  peter.morrison@skadden.com,alejandra.lopez@skadden.com,nandi-berglund-4699@ecf.pacerpro.com,brigitte.travaglini@skadden.com

- **Jennifer Pafiti**
  jpafiti@pomlaw.com,ahood@pomlaw.com,kmsaletto@pomlaw.com,disaacson@pomlaw.com,abarbosa@pomlaw.com

- **Lesley F Portnoy**
  LPortnoy@glancylaw.com

- **Robert Vincent Prongay**
  rprongay@glancylaw.com,CLinehan@glancylaw.com,info@glancylaw.com,echang@glancylaw.com,bmurray@glancylaw.com

- **Laurence M Rosen**
  lrosen@rosenlegal.com

- **Kevin F Ruf**
  kruf@glancylaw.com,info@glancylaw.com,kevinruf@gmail.com

- **Howard G Smith**
  howardsmith@howardsmithlaw.com

- **Leanne Heine Solish**
  lsolish@glancylaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`