Robert V. Prongay, Esq. (SBN 270796)
Kevin F. Ruf, Esq. (SBN 136901)
Leanne H. Solish, Esq. (SBN 280297)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: rprongay@glancylaw.com

Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Lead Plaintiffs*

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEXANDRU LEFTER, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>YIRENDAI LTD., YIHAN FANG, YU CONG and NING TANG,<br><br>Defendants. | Case No: 2:16-CV-06437-MWF-AGR<br><br>**ORDER GRANTING JOINT STIPULATION REGARDING DISMISSAL OF ACTION** |

|   |   |
|---|---|
| 1 | The Court, having read and considered the Joint Stipulation Regarding Dismissal of |
| 2 | Action, and good cause appearing, rules as follows: |
| 3 | |
| 4 | 1.    Plaintiffs' action, which was not certified as a class action, shall be dismissed |
| 5 | with prejudice; |
| 6 | 2.    The Parties shall bear their own fees and costs; and |
| 7 | |
| 8 | 3.    No costs, sanctions, claims, or attorneys' fees arising in or from this action will |
| 9 | be pursued by either of the Parties. |

The Court, having read and considered the Joint Stipulation Regarding Dismissal of Action, and good cause appearing, rules as follows:

1. Plaintiffs' action, which was not certified as a class action, shall be dismissed with prejudice;

2. The Parties shall bear their own fees and costs; and

3. No costs, sanctions, claims, or attorneys' fees arising in or from this action will be pursued by either of the Parties.

**IT IS SO ORDERED.**

Dated: July 10, 2017        _____

THE HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE